R. MURCHISON V. W. HOLLY AND W. H. CUNDIFF,
INTERVENOR.

1. A motion to dismiss an appeal because no appeal bond has been filed in
   accordance with law will not be considered unless the motion be made
   in accordance with Rule 26 of this court.[1]
2. All errors not assigned will be considered as waived, and when no errors
   are assigned the appeal will be dismissed.

APPEAL from Houston.   Tried below before the Hon.
L. W. Cooper.

*H. W. Moore,* for appellant.

*Long & Long,* for appellee.

DEVINE, ASSOCIATE JUSTICE.—The appellee, W. Holly,
as security on a stay bond of Saunders, sued out an injunc-
tion, in March, 1871, to enjoin the collection from him as
security the amount of a judgment rendered in favor of
Sorley, Smith & Co. against Saunders, and by appellant as
justice of the peace, alleging that Saunders had paid the
debt in Confederate paper to Murchison, who was author-
ized to receive it, and entered on his docket satisfaction
in full of the judgment, and prayed that Murchison, who
had received the amount of the judgment, and Sorley,
Smith & Co., who had caused execution to be issued
against him for the amount, be made defendants, and re-
strained from collecting the same.   All parties answered,
and during the trial W. H. Cundiff intervened as the

---

[1] RULE 26.   All motions to dismiss for defects in appeal or writ of error
bonds, or on account of absence of seal, or any other informality or irregular-
ity in the return, or of the manner and time of its filing, and such like mo-
tions of forms, must be made on or before the first day set for hearing causes
from the district from which the case comes, or they will not be heard at all.
And these motions must be made in accordance with Rule 16.

owner of the judgment by assignment from Sorley, Smith & Co.

Three verdicts have been rendered in favor of the plaintiff, Holly, and against appellant, Murchison. After the last trial, verdict and judgment in favor of plaintiff, Holly, and intervenor, Cundiff, the usual motion for a new trial was made by appellant, and overruled, and this appeal taken.

The motion by appellee to dismiss on the ground that appellant has not filed a bond in accordance with law, will not be considered, it not having been made according to Rule 26 of this court: "On or before the first day set for hearing causes from the district from which the case comes." The appellee urges the dismissal of the appeal, there being no assignment of errors. By Article 1591 of Paschal's Digest, all errors not assigned shall be considered as waived. There being no errors assigned or complained of by appellant, and it appearing from the record that the court had jurisdiction of the subject matter and the parties—and it might be added, substantial justice having been meted out by the verdict and judgment—the appeal will be dismissed. (See Legon v. Withee, 25 Texas, 350.)

The appeal is therefore dismissed.

Dismissed.